IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2010cv02859-~~CMA~~ WJM-MJW

John Martinez
    Plaintiff,

v.

Zach Nelson a/k/a Zach Forney
    Defendant.

---

**ORDER RE: MOTION TO AMENDED CAPTION**
(Docket No. 7)

---

Upon the Plaintiff's **MOTION TO AMENDED CAPTION** the Court having reviewed the Motion, and having been fully advised in the premises, and finding good cause therefor;

DOTH approve same, and allows Plaintiff to amend the caption to add "a/k/a/Zach Forney."

Dated this 15Th day of February 2011.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO